IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNETH DAVIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. H – 05 – 400 |
| | § | |
| **WESTWAY TERMINAL COMPANY, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, Plaintiff's claims against Defendant Kleczkowski are **DISMISSED WITH PREJUDICE**. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 7th day of June, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**